IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JUAN M. BUENDIA-CALDERA**                                            **PETITIONER**

**V.**                                                                 **CAUSE NO. 3:24-CV-596-CWR-LGI**

**UNITED STATES OF AMERICA;**                                   **RESPONDENTS**
**WARDEN UNKNOWN CHILDRESS**

## **ORDER**

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on March 31, 2025. Docket No. 13. The Report and Recommendation notified the parties that failure to file written objections to its findings and recommendations within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no timely submission of written objections addressing the Report and Recommendation, hereby adopts the Report and Recommendation as the Order of this Court. Accordingly, this cause is dismissed without prejudice. A separate Final Judgment is forthcoming.

**SO ORDERED**, this the 13th day of June, 2025.

                                                          s/ Carlton W. Reeves
                                                          UNITED STATES DISTRICT JUDGE